UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERVIN ALLEN, SR. (#585420)**

**VERSUS**

**BURL CAIN, WARDEN**

**CIVIL ACTION**

**NO. 15-0492-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 16, 2018, to which no opposition was filed;

**IT IS ORDERED** that Petitioner's application for habeas corpus is denied and that this proceeding is dismissed, with prejudice.

**IT IS FURTHER ORDERED** that, in the event that Petitioner seeks to pursue an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 23, 2018.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**